**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| JOEL FLEMING, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Midland Credit Management, Inc. ("MCM" or "Defendant") hereby files its Notice of Removal of the above-captioned action to this Court and states as follows:

1. MCM is named as defendant in Case No. LACL130691 filed in the Iowa District Court for Polk County (the "State Court Action").

2. The Petition in the State Court Action was filed with the Iowa District Court for Polk County on or about July 14, 2014.

3. MCM was served by personal service on its registered agent in Iowa on or about September 15, 2014.

4. This Notice of Removal is being filed with this Court within 30 days after Defendant was served with a copy of the Plaintiff's Petition setting forth the claims upon which this removal is based. Defendant has not filed any responsive pleadings concerning this case in the Iowa District Court for Polk County prior to filing this Notice of Removal.

5. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, copies of all process, pleadings, and orders filed in the State Court Action are attached hereto as **Exhibit 1**.

OM 310255.1

6. In his Petition, Plaintiff alleges that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and the Iowa Consumer Credit Code ("ICCC"), Iowa Code § 537.7102 et seq.

7. A civil action is removable if the plaintiff could have originally brought the action in federal court. See 28 U.S.C. § 1441(a).

8. This Court has original federal question jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331.

9. Under 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's ICCC claim because it forms part of the same case or controversy as Plaintiff's FDCPA claim.

10. By this Notice of Removal, Defendant does not waive any defense, jurisdictional or otherwise, which it may possess.

11. Promptly after filing this Notice of Removal, Defendant will give written notice to the adverse party as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice with the Iowa District Court for Polk County.

DATED this 14th day of October, 2014.

    MIDLAND CREDIT MANAGEMENT, INC., LLC, Defendant

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, AT0009512
Spencer Fane Britt & Browne LLP
12925 West Dodge Road, Suite 107
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: jdickinson@spencerfane.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Southern District of Iowa, this 14th day of August, 2014, with a copy mailed, first class postage prepaid, to Plaintiff, addressed to his attorney as follows:

Ray Johnson
Johnson Law Firm
950 Office Park Rd., Suite 221
West Des Moines, IA 50265

/s/ Joshua C. Dickinson