IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOEL FLEMING,<br>    Plaintiff, | Case No. 4:14-cv-00410-JEG-CFB |
| v. | DISMISSAL WITH PREJUDICE |
| MIDLAND CREDIT MANAGEMENT, INC.<br>    Defendant. | |

Plaintiff Joel Fleming, by his attorney Ray Johnson, dismisses this matter with prejudice pursuant to a settlement agreement. Plaintiff signs out for costs.

Dated February 7, 2015.

Respectfully submitted,

_____/s/_____
RAY JOHNSON   AT0004019
Johnson Law Firm
950 Office Park Road, Suite 221
West Des Moines, IA 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com


/s/ Joshua C. Dickinson
Joshua C. Dickinson, AT0009512
Spencer Fane Britt & Browne LLP
12925 West Dodge Road, Suite 107
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: jdickinson@spencerfane.com

Attorney for Defendant